IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALVIN VIDRO-OJEDA, )
)
        Plaintiff, )
)
        v. )      1:20CV238
)
KILOLO KIJAKAZI, )
Acting Commissioner )
of Social Security, )
)
        Defendant. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 3, 2021, was served on the parties in this action. [Docs. #17, 18.] Plaintiff filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [Doc. #19.]

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment on the Pleadings [Doc. #13] is DENIED, that Defendant's Motion for Judgment on the Pleadings [Doc. #15] is GRANTED, and that this action is DISMISSED with prejudice. A judgment

dismissing this action will be entered contemporaneously with this Order.

This the 20th day of December, 2021.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge